1040

No. 10–8448. BOWES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–8800. VOGT v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 10–8876. JAUHARI v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–8969. WILSON v. UNITED STATES; and
No. 10–9194. HEINRICH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–9090. PAYNE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–9299. ARZOLA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–9620. FARMER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–9651. ABU-JIHAAD, AKA HALL v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–9727. HODGE v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 10–9873. STROMAN v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–10055. LAWLER ET AL. v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 10–10080. RIOS v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 10–10091. HERNANDEZ v. NEOTTI, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–10100. MCCALLEY v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.